IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MELISSA MUSKOPF,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

No. 18-cv-1130-JPG-DGW

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying Plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Commissioner of Social Security and against plaintiff Melissa Muskopf.

**DATED: June 21, 2019**

        **Margaret M. Robertie,**
        **Clerk of Court**

        **BY:**   s/Tina Gray
                **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**